# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>WELDED CONSTRUCTION, L.P., *et al.*,[1]<br>Debtors and Debtors In Possession. | Chapter 11<br><br>Case No. 18-12378 (KG)<br><br>(Jointly Administered) |
| WELDED CONSTRUCTION, L.P., *et al.*,<br>Plaintiffs,<br>vs.<br><br>SUNOCO MARKETING PARTNERS & TERMINALS L.P.,<br><br>and<br><br>SUNOCO PIPELINE L.P.,<br><br>Defendants. | Adversary Proceeding<br>No. 18-50928 (KG) |

## ORDER APPROVING STIPULATION AND AGREEMENT BETWEEN THE DEBTORS, SUNOCO PARTNERS MARKETING & TERMINALS, L.P. AND SUNOCO PIPELINE, L.P.

Upon the Debtors' *Motion for Temporary Restraining Order and Preliminary Injunction* [Adv. Proc. D.I. 2] and the Parties' *Stipulation and Agreement Between the Debtors, Sunoco Partners Marketing and Terminals, L.P. and Sunoco Pipeline, L.P.* attached hereto as <u>Exhibit A</u> (the "<u>Stipulation</u>"); and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Welded Construction, L.P. (5008) and Welded Construction Michigan, LLC (9830). The mailing address for each of the Debtors is 26933 Eckel Road, Perrysburg, OH 43551.

2.  The Court shall retain jurisdiction to, among other things, interpret, implement and enforce the terms and provision of this Order.

Dated: October 26, 2018
      Wilmington, Delaware

*Kevin Gross*
KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE