# Exhibit A

**Stipulation**

{1220.002-W0052701.}

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| WELDED CONSTRUCTION, L.P., *et al.*,[1] <br> Debtors and Debtors In Possession. | ) Case No. 18-12378 (KG) <br> ) (Jointly Administered) |
| WELDED CONSTRUCTION, L.P., *et al.*, <br> Plaintiffs, <br> vs. <br> SUNOCO MARKETING PARTNERS & TERMINALS L.P., <br> and <br> SUNOCO PIPELINE L.P., <br> Defendants. | ) Adversary Proceeding <br> ) No. 18-50928 (KG) |

## STIPULATION AND AGREEMENT BETWEEN THE DEBTORS, SUNOCO PARTNERS MARKETING & TERMINALS, L.P. AND SUNOCO PIPELINE, L.P.

The above captioned debtors and debtors-in-possession (the "Debtors"), and Sunoco Partners Marketing & Terminals, L.P. and Sunoco Pipeline, L.P. (collectively "Sunoco," and together with the Debtors, the "Parties"), by and through their counsel, hereby enter into this stipulation and agreement (this "Stipulation"), and do hereby stipulate as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Welded Construction, L.P. (5008) and Welded Construction Michigan, LLC (9830). The mailing address for each of the Debtors is 26933 Eckel Road, Perrysburg, OH 43551.

{1220.002-W0052695.2}

## RECITALS

A. On October 22, 2018 (the "Petition Date"), the Debtors commenced the above-captioned chapter 11 cases (the "Chapter 11 Cases") by each filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Court").

B. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108. To date, no committee, trustee or examiner has been appointed in these Chapter 11 Cases.

C. The Debtors and Sunoco are parties to that certain *Master Construction Services Agreement No. 4600000999 between Sunoco Partners Marketing & Terminals, L.P. and Sunoco Pipeline, L.P., and Welded Construction, L.P.*, dated September 8, 2015 (the "Master Construction Services Agreement").

D. The Debtors and Sunoco subsequently amended the Master Construction Services Agreement on three separate occasions as follows: (i) the *First Amendment of Master Construction Services Agreement No. 4600000999*, dated April 18, 2016; (ii) the *Second Amendment of Master Construction Services Agreement No. 4600000999*, dated July 20, 2016; and (iii) the *Third Amendment of Master Construction Services Agreement No. 4600000999*, dated October 20, 2016.

E. On May 23, 2018, the Debtors and Sunoco entered into that certain Completion Agreement (the "Completion Agreement").

F. The Master Construction Services Agreement, all amendments listed in Paragraph D, and the Completion Agreement are collectively referred to as the "Agreement."[2]

---

[2] Although Welded Construction, L.P. and Welded Construction Michigan, LLC are collectively referred to in this Stipulation as the "Debtors," only Welded Construction, L.P. was a party to the Agreement with Sunoco.

{1220.002-W0052695.2}

G. Pursuant to the Agreement, the Debtors have been constructing a portion of the Mariner East 2 Pipeline (the "Mariner Project") for Sunoco.

H. The Debtors own and have leases for certain equipment that is currently located at Mariner Project sites in furtherance of the work contemplated under the Agreement (such owned or leased equipment, the "Project Equipment"). The Project Equipment includes, but is not limited to, certain welding sleds, utility trailers, van trailers (stocked warehouse units), farm tractors, construction accessories (hammers, straw blowers, etc.), cradle bore machines, and low-boy over the road heavy haul units and related equipment. A list of all Project Equipment, subject to minor revisions as appropriate, is attached as Exhibit A.

I. On October 19, 2018, Sunoco hand-delivered, and the Debtors received, a letter that Sunoco alleges terminated the Agreement, effective immediately, pursuant to sections 12.1 and 12.2 of the Agreement (the "Notice of Termination"). The Debtors have disputed the validity of the Notice of Termination, and to the extent it was a valid termination of the Agreement, the Debtors asserted that they had five (5) days to cure certain defaults (the "Notice and Cure Period.") pursuant to section 12.2 of the Agreement. Sunoco asserts that the Agreement did not require it to provide the Debtors a cure period prior to termination under the circumstances contemplated by the Notice of Termination.

J. The Debtors and Sunoco are co-permittees on PADEP Permits Nos. ESG0500015001 and ESG0300015002 issued on February 13, 2017 (the "PADEP Permits").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Parties as follows:

## AGREEMENT

1. <u>Incorporation of Recitals.</u> All recitals above are hereby incorporated into this Stipulation as if fully set forth herein.

2. <u>Termination of the Agreement.</u> The Debtors consent to termination of the Agreement effective as of October 19, 2018.

3. <u>Project Equipment.</u> Sunoco agrees to arrange for transfer of all Project Equipment at its sole cost and expense to the Debtors' headquarters, 26933 Eckel Road, Perrysburg, OH 43551 (the "<u>Headquarters</u>"), as promptly as practicable. The Parties shall cooperate in an effort to return the Project Equipment to Debtors' Headquarters no later than November 15, 2018, subject to further agreement of the Parties. In advance of the transfer of any Project Equipment, the Debtors and Sunoco agree to reasonably cooperate to identify all Project Equipment, and to provide access for personnel of the Debtors to Mariner Project sites to confirm the accuracy of the Project Equipment listed in Exhibit A, which the Debtors believe is substantially complete but may be revised accordingly. In identifying the Project Equipment with Sunoco, the Debtors agree to use their reasonable best efforts to refrain from interfering with Sunoco's ongoing Mariner Project or the work flow of Sunoco's contractors on site, associated equipment, and lay down yards.

4. <u>Transfer of PADEP Permits.</u> Sunoco agrees to use commercially reasonable best efforts to effectuate the execution by Sunoco and Precision Pipeline, LLC of permits with the PADEP, and to cooperate with the Debtors to remove the Debtors from

existing PADEP Permits, for any remaining work following the Debtors' termination, consistent with PADEP rules, guidelines and regulations.

5. **Indemnification.** Sunoco agrees to indemnify and hold harmless the Debtors (including any officers and directors of the Debtors) for any environmental liability related to the Mariner Project arising from acts and/or omissions occurring on or after October 20, 2018.

6. **Process for Resolution of Claims.** The Parties agree that they will meet and confer regarding the resolution of all outstanding claims each Party has or can assert against the other Party no later than October 31, 2018. The Parties further agree that they will work in good faith in an effort to resolve any outstanding claims on or before November 15, 2018. With respect to claims for payables alleged to be owed to the Debtors by Sunoco related to claims asserted by claimants who have asserted, or who have the right to assert, liens on the Mariner Project (the "Lien Claims"), the Parties agree to meet and confer as soon as practicable, but no later than October 31, 2018, in an effort to resolve the treatment of such Lien Claims.

7. **Reservation of Rights.** The Parties each expressly reserve and retain all rights, claims and defenses related to any and all aspects of the Agreement that are not specifically addressed in this Stipulation.

8. **Entire Agreement.** This Stipulation contains the entire agreement between the Parties as to the subject matter hereof and supersedes all prior agreements and undertakings between the Parties relating thereto. This Stipulation is subject to approval of this Court and shall be of no force and effect unless and until it is approved.

9. <u>Due Authorization</u>.  Each person who executes this Stipulation represents that he or she is duly authorized to execute this Stipulation on behalf of the respective Parties hereto and that each such Party has full knowledge and has consented to this Stipulation.

10. <u>Modification</u>.  This Stipulation may not be modified other than by a signed writing executed by the Parties or by further order of the Court.  This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same document.

11. <u>Retention of Jurisdiction</u>.  This Court shall have sole and exclusive jurisdiction to hear disputes arising out of or related to this Stipulation.

Dated: Wilmington, Delaware
October 26, 2018

              **LANDIS RATH & COBB LLP**

              */s/*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Jennifer L. Cree (No. 5919)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
mcguire@lrclaw.com
cree@lrclaw.com

*Proposed Special Counsel to the Debtors and Debtors-in-Possession*

**COZEN O'CONNOR**

John T. Carroll, III (No. 4060)
1201 North Market Street
Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2028
Facsimile: (302) 295-2013
Email: jcarroll@cozen.com

*Counsel to Sunoco*

# **EXHIBIT A**

| Serial | Company Unit No. | Equipment Type | Make | Model | Description | Ownership | Sub Rental | Location |
|---|---|---|---|---|---|---|---|---|
| FJH01461 | | Excavator | | 336E - Quick Connect / Thumb | | Welded | | Morgantown Warehouse |
| PLR00700 | | Sideboom | | 72H | | Welded | | Morgantown Warehouse |
| PLR00705 | | Sideboom | | 72H | | Welded | | Morgantown Warehouse |
| PLR00699 | | Sideboom | | 72H | | Welded | | Morgantown Warehouse |
| PLR00697 | | Sideboom | | 72H | | Welded | | Morgantown Warehouse |
| PLR00702 | | Sideboom | | 72H | | Welded | | Morgantown Warehouse |
| PLR00698 | | Sideboom | | 72H | | Welded | | Morgantown Warehouse |
| PLR00706 | | Sideboom | | 72H | | Welded | | Morgantown Warehouse |
| PLR00707 | | Sideboom | | 72H | | Welded | | Clymer Hill |
| | 6903 | Testing Pump | | Pump | | Welded | | Morgantown Warehouse |
| | 1368 | Utility Trailer | | Utility Trailer w/ supplies | | Welded | | Hwy 23 |
| Welding Sled | | Welding Sled | | Welding Sled w/ Welders | | Welded | | Joanna |
| | 260019 | Air Compressor 185 | | Sullair 185 - SandBlaster | | Welded | | Morgantown Warehouse |

Equipment Inventory 2016-01,02,22                                           Assets Tracked
                                                                            251

| Category | Unit# | Vendor | Crew/Location | Description | S/N |
|---|---|---|---|---|---|
| DOZERS | W13-6014 | Welded | Yard | D6T | KSB01682 |
| DOZERS | 13-6029 | Welded | Jamie/Arona Rd | D6T | KSB01900 |
| DOZERS | 13-6025 | Welded | Open/Yard | D6T | KSB1881 |
| Excavators | W12-3018 | Welded | Yard | 336EL | FJH01506 |
| Excavators | 123017 | Welded | Rick/Hildebrand | 336 Excavator/not plumb | FJH01413 |
| Excavators | 123023 | Welded | Brian/Oh Cadiz | 336/Thumb | FJH01361 |
| Misc. Equipment | 21000 | Welded | yard | Tack Rig | LBP01477 |
| Misc. Equipment | 21001 | Welded | Yard | Tack Rig | LBP01473 |
| Misc. Equipment | 18-3006 | Welded | Paxton/Jack | Sunflower Disc | XAGCS12120FZ100001X10 |
| Misc. Equipment | W6905 | Welded | Broke423/Yard | PressurePump | 6905 |
| Misc. Equipment | 10018 | Welded | Charlie/Barr Road | MorookaBlower | CA000323 |
| Misc. Equipment | 20556 | Welded | Justin/Yard | 20' Bending Mach. | |
| Misc. Equipment | 9850 | Welded | Mounted-on10018 | B70 StrawBlower | 2952SD |
| Misc. Equipment | 9889 | Welded | Open/Yard | Vacuum Lift RC 10 | RC1000088 |
| Misc. Equipment | 8042 | Welded | 228Broke/Yard | 185 Compressor | 8042 |
| Misc. Equipment | W09979 | Welded | Washington | SpreaderBox | 9979 |
| Misc. Equipment | 9863 | Welded | open yard | 336/140 Hammer | BED03068 |
| Misc. Equipment | 38-1002 | Welded | Yard | Skid Sled | N/A |
| Misc. Equipment | 38-1003 | Welded | Yard | Skid Sled | N/A |
| Misc. Equipment | 38-1004 | Welded | Yard | Skid Sled | N/A |
| Misc. Equipment | 38-1005 | Welded | Yard | Skid Sled | N/A |
| Misc. Equipment | 38-1010 | Welded | Yard | Skid Sled | N/A |
| Misc. Equipment | 38-1011 | Welded | Yard | Skid Sled | N/A |
| Misc. Equipment | 38-2000 | Welded | Munntown | Linden Creek | x |
| Misc. Equipment | 38-2006 | Welded | Yard | WeldingSled | |
| Misc. Equipment | 38-2018 | Welded | Robbie/Yard | WeldingSled | x |
| Misc. Equipment | 38-4003 | Welded | Yard | UtilitySled | |
| Misc. Equipment | R20 | Welded | | Bore Head | N/A |
| Misc. Equipment | R21 | Welded | | Bore Head | N/A |
| Trailers | 1180 | Welded | 30-3018 | Lowboy | |
| Trailers | 1181 | Welded | 30-3021 | Lowboy | |
| Trailers | 1350 | Welded | | Float | |
| Trailers | 1391 | Welded | | Float | |
| Trailers | 2189867 | Welded | Open/Yard | FlatbedBall | PJTrailers |
| Trailers | 205610 | Welded | NoBrakes305/Yard | FlatbedBall | NationalTruck |
| Trailers | ST976 | Welded | Open/Yard | FlatbedPintol | SureTrac |
| Trailers | 37-2003 | Welded | Open/Yard | FlatbedBall | Appalachin |
| Trailers | 1385 | Welded | Yard | Landscape/Pintol | |
| Big Rigs | 562 | Welded | Bus | | |
| Big Rigs | 590 | Welded | Bus | | |
| Big Rigs | W743 | Welded | 2-ton | | |
| Big Rigs | W831 | Welded | Lube Truck | | |
| Big Rigs | W841 | Welded | Dump Truck | | |
| Big Rigs | W903 | Welded | CX613 Daycab | | |
| Big Rigs | W24-1000 | Welded | | | |
| Big Rigs | W27-2001 | Welded | Fuel Truck | | |
| Big Rigs | W29-1000 | Welded | | | |
| Big Rigs | W39-1000 | Welded | Skid Truck | 33 | |
| Big Rigs | W69085 | Welded | Ford F550 | | |
| Big Rigs | W07858 | Welded | Ford F650 | | |
| Big Rigs | W30-3000 | Welded | Lowboy Tractor | | |
| Big Rigs | W30-3021 | Welded | Lowboy Tractor | | |
| Big Rigs | W3002 | Welded | 367 Daycab | | |
| Big Rigs | W3004 | Welded | 367 Daycab | | |
| Big Rigs | W9884 | Welded | VacTruck | | |
| Big Rigs | W9889 | Welded | VacTruck | | |
| Big Rigs | 951065 | Welded | MatTruck | | |
| Big Rigs | 435049 | Welded | Float Truck | | |